RECEIVED
2014 JAN -9 P 1:03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

CARLTON LYNELL FRANK )
Full name and prison name of )
Plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 2:14-cv-19-TMH
 )   (To be supplied by Clerk of U.S. District
Simone Parker )   Court)
_____ )
_____ )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐   No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county)

            _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Bullock Correctional**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Bullock County Correctional**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. **Simone Parker** / Bullock County Correctional P.O. Box 5107 Union Springs, AL 36089
2.
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **last occurence June, Aug, Dec, 2013**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **I have A (R) Suffix which is meant to convey the idea that my crime was**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

henious However There is a administrative Process That Pemits The suffix To be Challedged and modified one can also Appeal The Restriction Suffix however This Can only be done Through and by a Classification specialist procedure and Process can not be activated without assistance of Specialist I have asked

GROUND TWO: Classification specialist procedure and process can not be activated without assistance of Specialist I have asked

SUPPORTING FACTS: MS. PARKER many Times since 2012 To activate This process and To Permit me To Appeal the Restriction I have even Turned in more Than 10 appeal forms only To have Them never filed with A.D.O.C. A.D.O.C. Process and procedures is not being made available To me The are other inmates with Same Type of crime and suffix i.e.

GROUND THREE: is not being made available To me The are other inmates with Same Type of crime and Suffix ie.

SUPPORTING FACTS: Restriction Who has successfully Challedged The Restriction when process and procedure was made Available To Them. note There are also inmates in The System That has Same TYPE of case and does not have The (R) Suffix.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff is seeking full access and equal protection of the law. and To be permitted To challedge Restriction like all other inmates and To have Appeal Rights. and That all monetary and punitive Damages be with the sound discretion of the court

Carlton Frank
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1-8-14   Jan 8th, 2014  .
(Date)

Carlton Frank
Signature of plaintiff(s)

*MULLIX Carlton Frank * LOCK UP D-1-10A
P.O. Box 5107
Unionsprings, AL 36089

MONTGOMERY AL 360
08 JAN 2014 PM 2 L

Office of the Clerk
U.S. District Court
1 Church street . suite . B.110
Montgomery . AL . 36104-4018

36104401801