IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLTON LYNELL FRANK, #192 218, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:14cv-019-WHA |
| ) | |
| SIMONE PARKER, ) | (WO) |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #15), entered on January 12, 2015.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to prosecute this case and to comply with the order of this court.  Final Judgment will be entered accordingly.

DONE this 2nd day of February, 2015.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE